United States Bankruptcy Court

Middle District of Florida

In re:  
Juan Carlos Gonzalez  
    Debtor

Case No. 21-02726-LVV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6      User: hjeff      Page 1 of 2  
Date Rcvd: Jun 16, 2021      Form ID: 309A      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Gonzalez, 1332 Cinder Lane, Kissimmee, FL 34744-5616 |
| 29568515 | + | Alain Lopez, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |
| 29568516 | + | Alexander Ramirez, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Ste. 101, Miami, FL 33143-4529 |
| 29568517 | + | Alfredo Gonzalez, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |
| 29568520 | + | Chrysler Capital, P.O. Box 961212, Fort Worth, TX 76161-0212 |
| 29568522 | + | Edel Valdes Milian, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |
| 29568523 | + | Eliser Gonzalez, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |
| 29568524 | + | Eyeris Rodriguez, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |
| 29568525 | + | Hanoy Capdevila, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |
| 29568526 | + | Hector Gutierrez, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |
| 29568527 | + | Omar Boedo, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |
| 29568528 | + | Supersonic of Florida, Inc., c/o Juan Gonzalez, 1332 Cinder Lane, Kissimmee, FL 34744-5616 |
| 29568529 | + | Vladimir Sanchez Rivero, c/o Anthonly F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |
| 29568530 | + | Yordany Martinez, c/o Anthony F. Sanchez, Esq., 6701 Sunset Drive, Suite 101, Miami, FL 33143-4529 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jluna@lathamluna.com | Jun 16 2021 21:20:00 | Justin M Luna, Latham, Luna, Eden & Beaudine, LLP, 201 S. Orange Ave., Suite 1400, Orlando, FL 32801 |
| tr | + | EDI: BLPATTON | Jun 17 2021 01:23:00 | Lori Patton, Law Office of Lori Patton, PA, PO Box 520547, Longwood, FL 32752-0547 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 16 2021 21:21:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 29568518 | + | EDI: AMEREXPR.COM | Jun 17 2021 01:23:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 29568519 | + | EDI: CAPITALONE.COM | Jun 17 2021 01:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29568521 | + | EDI: DISCOVER.COM | Jun 17 2021 01:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 29568513 | | EDI: FLDEPREV.COM | Jun 17 2021 01:23:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 29568514 | | EDI: IRS.COM | Jun 17 2021 01:23:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 29568512 | | Email/Text: taxbankruptcy@osceola.org | Jun 16 2021 21:21:00 | Osceola County Tax Collector, Post Office Box 422105, Kissimmee FL 34742-2105 |

TOTAL: 9

| | | |
|---|---|---|
| District/off: 113A-6 | User: hjeff | Page 2 of 2 |
| Date Rcvd: Jun 16, 2021 | Form ID: 309A | Total Noticed: 23 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021                   Signature:           /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin M Luna | on behalf of Debtor Juan Carlos Gonzalez jluna@lathamluna.com lvanderweide@lathamluna.com;9764000420@filings.docketbird.com;ataylor@lathamluna.com |
| Lori Patton | trustee@trusteepatton.com FL99@ecfcbis.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Juan Carlos Gonzalez** | Social Security number or ITIN   xxx–xx–3641 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter  **7**   **6/15/21** |
| Case number:   **6:21–bk–02726–LVV** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Juan Carlos Gonzalez | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1332 Cinder Lane<br>Kissimmee, FL 34744 | |
| 4. | **Debtor's attorney**<br>Name and address | Justin M Luna<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801 | Contact phone (407) 481–5800<br><br>Email: jluna@lathamluna.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Lori Patton<br>Law Office of Lori Patton, PA<br>PO Box 520547<br>Longwood, FL 32752 | Contact phone (407) 937–0936 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street.<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: June 16, 2021 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **July 14, 2021 at 02:30 PM**<br><br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically**<br><br>Trustee: Lori Patton<br>Call in number: 877–788–1252<br>Passcode: 6701203 |
| \*\*\* Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. \*\*\* | | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** September 13, 2021 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |